Clerk's Office
File Date:
6/3/2021
U.S. DISTRICT
COURT-EDNY
BROOKLYN
OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    - against -                      20– CR – 372 (LDH)(LB)

GEROD DUBLIN

-------------------------------------------------------x
LOIS BLOOM, U.S.M.J.:

## CONSENT TO HAVE A PLEA TAKEN BEFORE
## UNITED STATES MAGISTRATE JUDGE LOIS BLOOM

    United States Magistrate Judge Lois Bloom has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Lois Bloom. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

    After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Lois Bloom

_____
Gerod Dublin
Defendant

By: _____
Assistant United States Attorney

Dated: __6/3/21__
Brooklyn, New York

_____
Attorney for the Defendant

Before: _____s/Lois Bloom, USDJ_____
Lois Bloom
United States Magistrate Judge